In the Matter of the Claim of HELEN WETZIG, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

COOPERATIVE G. L. F. FARM SUPPLIES, INC., Appellant, v. FREDERICK W. PERKINS et al., Appellants. (Action No. 1.) FACTORY MUTUAL LIABILITY INSURANCE COMPANY OF AMERICA, Appellant, v. COOPERATIVE G. L. F. FARM SUPPLIES, INC., Appellant. (Action No. 2.) JOSEPHINE THOMPSON, Respondent, v. COOPERATIVE GRANGE LEAGUE FEDERATION EXCHANGE, INC., et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.